```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        2:11-cr-274-LDG-GWF
         Plaintiff,                      ORDER
vs.
                                 (First Request to Continue the
GERALDO MAYA-GONZALEZ,           Sentencing Hearing)
         Defendant.
```

**ORDER**

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for April 4, 2012 at the hour of 11:00 a.m., be vacated and continued Tuesday, 4/24/12 at the hour of 2:30 PM.

DATED ____ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3